UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TERAL SHERMAN,<br><br>         Petitioner,<br><br>    v.<br><br>JAMES S. HILL, Warden,<br><br>         Respondent. | No. 2:22-cv-04683-SSS (JDE)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Dkt. 1, "Petition"], the Order to Show Cause issued by the United States Magistrate Judge [Dkt. 4], and the Report and Recommendation of the Magistrate Judge [Dkt. 7, "R&R"]. Petitioner did not file timely objections to the R&R. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment shall be entered **DISMISSING** this action **WITHOUT PREJUDICE**.

Dated: November 30, 2022

_____
SUNSHINE S. SYKES
United States District Judge