JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| TERAL SHERMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES S. HILL, Warden,<br><br>　　　　Respondent. | No. 2:22-cv-04683-SSS (JDE)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 30, 2022

　　　　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　　　　United States District Judge